183 So. 886

### Homer WELCH v. STATE.
### 7 Div. 524.

Supreme Court of Alabama.
Oct. 13, 1938.

Beddow, Ray & Jones, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Homer Welch for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Welch v. State, 183 So. 879.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.

183 So. 887

### Lois JACKSON v. STATE.
### 4 Div. 43.

Supreme Court of Alabama.
Oct. 13, 1938.

Brunson & Rowell, of Elba, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

BOULDIN, Justice.

Petition of Lois Jackson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Jackson v. State, 183 So. 886.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

183 So. 892

### James WILLINGHAM v. STATE.
### 6 Div. 369.

Supreme Court of Alabama.
Oct. 13, 1938.

A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

Bealle & Mize, of Tuscaloosa, for respondent.

KNIGHT, Justice.

This cause is before this court on petition of the State of Alabama, to review and revise the opinion and judgment of the Court of Appeals, in James Willingham v. State of Alabama, 183 So. 887.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

183 So. 894

### Howard KENNAMER v. STATE.
### 8 Div. 938.

Supreme Court of Alabama.
Oct. 13, 1938.

A. A. Carmichael, Atty. Gen., and Walter J. Knabe and Wm. H. Loeb, Asst. Attys. Gen., for petitioner.

Proctor & Snodgrass, of Scottsboro, for respondent.

BOULDIN, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Kennamer v. State, 183 So. 892.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.